Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cutsforth, Inc.     v. MotivePower, Inc.

No. 15-1314

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

    [ ] Pro Se     [✓] As counsel for:    Cutsforth, Inc.
                                                            Name of party

I am, or the party I represent is (select one):

    [ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
    [✓] Appellant    [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

    [ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Mathias W. Samuel |
| Law firm: | Fish & Richardson P.C. |
| Address: | 3200 RBC Plaza, 60 South Sixth Street |
| City, State and ZIP: | Minneapolis, MN 55402 |
| Telephone: | 612-335-5070 |
| Fax #: | 612-288-9696 |
| E-mail address: | samuel@fr.com |

Statement to be completed by counsel only (select one):

    [✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

    [ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

    [ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): December 7, 1999

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

    [ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

2-25-15
Date                                     Signature of pro se or counsel

cc: Alan L. Barry

123

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  February 25, 2015
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| Mathias W. Samuel | /s/ Mathias W. Samuel |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Fish & Richardson P.C.

Address: 3200 RBC Plaza, 60 South Sixth Street

City, State, ZIP: Minneapolis, MN 55402

Telephone Number: 612-335-5070

FAX Number: 612-288-9696

E-mail Address: samuel@fr.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.